# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CRIMINAL NO. EP-25-CR-01242-LS |
| v. | § § | |
| BLANCA AZUCENA TUMAX-BATZ, | § § | |
| Defendants. | § | |

## STIPULATION OF FACT

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas and Blanca Azucena Tumax-Batz, Defendant, in the above entitled and numbered cause, and file this Stipulation of Fact, and all parties represent to the Court that the following facts are stipulated and are not in dispute:

Defendant has been advised about the restricted military area, referred to as a "National Defense Area". The National Defense Area is under the authority of the United States Army. The National Defense Area incorporates federal land along the U.S./Mexico border between the Rio Grande River and the U.S. border wall approximately 63 miles in length from the Texas/New Mexico border to the town of Fort Hancock in El Paso and Hudspeth Counties. The National Defense Area also encompasses federal land along the U.S./Mexico border in Dona Ana, Luna, and Hidalgo Counties in New Mexico.

Defendant has been advised if Defendant enters the restricted United States Army installation, Defendant:

1. may be questioned, detained, and/or searched, including any property in Defendant's possession or under Defendant's control;

2. is not permitted to take photographs, notes, drawings, or make any form of maps or graphic representations of the restricted area or the activities occurring within the restricted area;

3. any notes, photographs, sketches, pictures, maps, digital images, media, and files or other material describing the restricted area may be seized; and

4. as a result of unauthorized entry into a restricted United States Army Installation, Defendant may face Federal criminal charges, including under 18 U.S.C. § 1382 and 50 U.S.C. § 797.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Phillip Countryman
Assistant U.S. Attorney
Texas Bar # 24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3498

_____
Blanca Azucena Tumax-Batz
Defendant

_____
Christina M. Norton
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorney of record for the Defendant.

                                        /s/
                                        Phillip Countryman
                                        Assistant U.S. Attorney