IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-25-CR-01252-LS |
| v. | § § | |
| MANUEL DE JESUS PITONES, | § § | |
| Defendants. | § | |

## STIPULATION OF FACT

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas and Manuel De Jesus Pitones, Defendant, in the above entitled and numbered cause, and file this Stipulation of Fact, and all parties represent to the Court that the following facts are stipulated and are not in dispute:

Defendant has been advised about the restricted military area, referred to as a "National Defense Area". The National Defense Area is under the authority of the United States Army. The National Defense Area incorporates federal land along the U.S./Mexico border between the Rio Grande River and the U.S. border wall approximately 63 miles in length from the Texas/New Mexico border to the town of Fort Hancock in El Paso and Hudspeth Counties. The National Defense Area also encompasses federal land along the U.S./Mexico border in Dona Ana, Luna, and Hidalgo Counties in New Mexico.

Defendant has been advised if Defendant enters the restricted United States Army installation, Defendant:

1. may be questioned, detained, and/or searched, including any property in Defendant's possession or under Defendant's control;

2. is not permitted to take photographs, notes, drawings, or make any form of maps or graphic representations of the restricted area or the activities occurring within the restricted area;

3. any notes, photographs, sketches, pictures, maps, digital images, media, and files or other material describing the restricted area may be seized; and

4. as a result of unauthorized entry into a restricted United States Army Installation, Defendant may face Federal criminal charges, including under 18 U.S.C. § 1382 and 50 U.S.C. § 797.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Phillip Countryman
Assistant U.S. Attorney
Texas Bar # 24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3498

_____
Manuel De Jesus Pitones
Defendant

_____
Sandra S. Lewis
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

  I hereby certify that on July 14, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorney of record for the Defendant.

            /s/_____
            Phillip Countryman
            Assistant U.S. Attorney